BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

FILED
OCT 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> SCOTT DAVID SHRUM, ) <br> Defendant. ) | MAG. NO.  12-072-efb <br><br> ~~MOTION TO DISMISS COMPLAINT AND~~ (~~proposed~~) ORDER <br> DAD |

ORDER

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 12-072-efb against defendant SHRUM is GRANTED.

DATED: 10/29/12

_____
HON. DALE A. DROZD
U.S. MAGISTRATE JUDGE